15–43, inclusive, insofar as the sixth defense is stricken, but concur in the dismissal of the cross claim as embraced in such allegations.

■ CURTIS SOLOVE, Respondent, v. 2130 REALTY CORP., Appellant.— Determination affirmed, with costs of the appeal to respondent. Concur — Breitel, J. P., M. M. Frank, Valente and McNally, JJ.; Stevens, J., dissents and votes to reverse and dismiss on the grounds that there is no proof of authority of the agent and that there is insufficient proof of ability on the part of the purchaser.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUTHER MONTGOMERY, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ FRANK SCHALER et al., Respondents, v. HERMAN W. FEDER et al., Appellants.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of SARAH GOLDSTEIN, Respondent, against EDWARD GOLDSTEIN, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of JULIUS J. VENUSTI, Appellant, against JOSEPH J. CAPUTA, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ AUDREY ROTHENBERG, by ANNA GREENFIELD, Her Guardian ad Litem, Appellant, v. BENNETT ROTHENBERG, Respondent.— Order of May 15, 1959 unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ AUDREY ROTHENBERG, by ANNA GREENFIELD, Her Guardian ad Litem, Appellant, v. BENNETT ROTHENBERG, Respondent.— Order of June 18, 1959 unanimously affirmed, with $10 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SOUTHWESTERN SHIPPING CORPORATION, Appellant, v. NATIONAL CITY BANK OF NEW YORK, Respondent.— Order of July 20, 1959 unanimously affirmed, with $20 costs and disbursements to the respondent. Appeal from order of July 30, 1959 dismissed. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ CITY OF NEW YORK, Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant, et al., Defendant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ JOAN P. CARR, as Administratrix of the Estate of EDWARD W. CARR, Deceased, Respondent, v. WALTON CO-OP GLF, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ MATTHEW PRINCE et al., Plaintiffs, v. MANASSE FRANZ CORPORATION et al., Defendants. MAX SHEDLER, Appellant; ISIDORE DOLLINGER, Respondent. — Order unanimously modified, without costs, to reduce allowance to Referee to $1,000. On the basis of the entire record, the amount of $1,000 would be adequate compensation for the services rendered. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ SAUL ROMAN, an Infant by CARLOS M. RIOS, His Guardian ad Litem, et al., v. CITY OF NEW YORK.— Motion granted insofar as to dispense with the printing of the record on appeal and the appellants' points and permitting